1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone: (408) 298-2000
   Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA, | No: 5:11-CV-00627-PSG |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT LA MORDIDA, INC. ONLY; [PROPOSED] ORDER** |
| vs. | |
| LA MORDIDA, INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff") and Defendant La Mordida, Inc. ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant La Mordida, Inc. be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

///

| | |
|---|---|
| Date: February 13, 2012 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Anthony Lerma |
| Date: February 10, 2012 | CREECH, LIEBOW & KRAUS |
| | /s/ Edward A. Kraus |
| | Edward A. Kraus, Attorneys for |
| | Defendant La Mordida, Inc. |

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Anthony Lerma and Defendant La Mordida, Inc. shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Anthony Lerma and Defendant La Mordida, Inc., the Court shall retain jurisdiction over the Parties for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, La Mordida, Inc. is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: February 17, 2012

United States District Judge

*Lerma v. La Mordida, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order