1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LA MORDIDA, INC., et al.,<br><br>　　　　　Defendants. | No: 5:11-CV-00627-PSG<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS MANJIT KHATKAR, SURJIT RAI dba TULLY MARKET ONLY; [**~~PROPOSED~~**] ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff") and Defendants Manjit Khatkar and Surjit Rai dba Tully Market ("Defendants" and together with Plaintiff, the "Parties"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants Manjit Khatkar and Surjit Rai dba Tully Market be dismissed with prejudice from this action.

　　　　IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

Date: February 13, 2012          MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Anthony Lerma

Date: February 10, 2012          CREECH, LIEBOW & KRAUS

/s/ Edward A. Kraus
Edward A. Kraus, Attorneys for
Defendant Manjit Khatkar and Surjit Rai
dba Tully Market

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1.   Plaintiff Anthony Lerma and Defendants Manjit Khatkar and Surjit Rai dba Tully Market shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2.   By consent of Plaintiff Anthony Lerma and Defendants Manjit Khatkar and Surjit Rai dba Tully Market, the Court shall retain jurisdiction over the Parties for the purpose of enforcing the terms of the settlement agreement.

3.   Except as provided for in paragraphs 1 and 2 above, Manjit Khatkar and Surjit Rai dba Tully Market are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated:  Hgdtwct{"39."4234

United States"Ocilkntcyg"Judge

*Lerma v. La Mordida, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order
                                        Page 2